NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  CELLECT, LLC,**
*Appellant*

---

2022-1292

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,452.

---

**JUDGMENT**

---

JONATHAN CAPLAN, Kramer Levin Naftalis & Frankel LLP, New York, NY, argued for appellant Cellect, LLC. Also represented by JEFFREY PRICE; PAUL J. ANDRE, JAMES R. HANNAH, Redwood Shores, CA.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by THOMAS W. KRAUSE, AMY J. NELSON, BRIAN RACILLA, FARHEENA YASMEEN RASHEED.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, for amici curiae Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.  Also represented by SCOTT ANTHONY MCKEOWN; JAMES LAWRENCE DAVIS,

JR., East Palo Alto, CA; ALEXANDER E. MIDDLETON, New York, NY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2023          /s/ Jarrett B. Perlow
      Date             Jarrett B. Perlow
                       Acting Clerk of Court